IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 4 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CR-83-Z-BR-(1) |
| | § | |
| ANGELITA BAEZA BARCLAY | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On February 8, 2021, the United States Magistrate Judge issued a Report and Recommendation

Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant

Angelita Baeza Barclay filed no objections to the Report and Recommendation within the fourteen-

day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters

of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea

Agreement, and Plea Agreement Supplement—and thereby determined that the Report and

Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the

United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant

Angelita Baeza Barclay was knowingly and voluntarily entered; ACCEPTS the guilty plea of

Defendant Angelita Baeza Barclay; and ADJUDGES Defendant Angelita Baeza Barclay guilty of

Count One of the Second Superseding Indictment in violation of 18 U.S.C. § 1955. Sentence will be

imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, February 24, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE